# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# EASTERN DIVISION

No. 4:17-CR-46-FL-4

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TYSHAWN RAYVON REAMS | **ORDER** |

This matter comes before the Court on Defendant's motion to accelerate the currently-scheduled Arraignment in this matter to September 12, 2018 or such other time as convenient to the Court.

For good cause shown, the Motion is hereby GRANTED, and it is hereby ORDERED that this matter is rescheduled for September 12, 2018 at 1:30 p.m.

SO ORDERED.

This the 21st day of August, 2018.

_____
Honorable Louise Wood Flanagan
United States District Judge