IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:17-CR-46-FL-4

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TYSHAWN RAYVON REAMS | **ORDER** |

Upon motion of the Defendant, for good cause shown, it is hereby ORDERED that Defendant's proposed sealed document (Document Number 340) filed on December 10, 2019 be sealed until further order of the court.

It is further ORDERED that the Clerk of Court provide a filed copy of the sealed filing to counsel for the Government and Defendant.

This the __10th__ day of December, 2019.

Honorable Louise Wood Flanagan
United States District Judge